UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Abraham Stein, Tova Stein,

                              Plaintiffs,

      -against-

United States of America, United States Postal Service,

                              Defendants.

-----------------------------------------------------------------X

7:21-CV-1639 (VR)

**ORDER**

**VICTORIA REZNIK, United States Magistrate Judge:**

      The parties are directed to file a joint letter by no later than **June 22, 2023**, providing the Court with an update on the status of the case. The letter should detail the progress of discovery in the prior month and the anticipated next steps in the upcoming month.

      **SO ORDERED.**

DATED:    White Plains, New York
                June 15, 2023

                                                        _____
                                                         VICTORIA REZNIK
                                                         United States Magistrate Judge