UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**STEIN,**

                              **Plaintiff,**

*- against -*

**UNITED STATES OF AMERICA,**

                              **Defendant(s),**

**ORDER**

7:21-CV-1639-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

    The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

    ORDERED, that the above entitled action be discontinued, without costs to any party, subject to reopening should the settlement not be concluded within sixty (60) days from the date of this Order.

Dated: October 6, 2023  
White Plains, New York

SO ORDERED:

_____  
VICTORIA REZNIK  
United States Magistrate Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC # _____  
DATE FILED: **Oct. 6, 2023**